**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINA POSADA and LUCY PINDER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>BTB ENTERTAINMENT, INC. and<br>CHARLES THOMAS BROPHY,<br><br>　　　　　　　　　Defendants. | Case No. 19-cv-687-LPL |

**PLAINTIFFS' MOTION FOR ADMISSION**
**PRO HAC VICE OF JOHN V. GOLASZEWSKI**

Plaintiffs LINA POSADA and LUCY PINDER (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully moves this Court for the entry of an order allowing John V. Golaszewski to participate in this action before this Court, and in support of same respectfully avers as follows:

1. John V. Golaszewski is a member of good standing of the bar in the state of New York and is admitted to practice in U.S. District Courts for the Southern District of New York; Eastern District of New York; Northern District of New York; Northern District of Illinois; District of Colorado; Second Circuit Court of Appeals, and has been admitted *pro hac vice* in the U.S. District Courts for the District of Connecticut, District of Massachusetts, District of Rhode Island, Southern District of California, Middle District of Florida, and District of Arizona.

2. John V. Golaszewski is a registered user of the Western District of Pennsylvania's ECF system.

3. John V. Golaszewski has read and understands the local rules of Court for the Western District of Pennsylvania.

- 1 -

4. A sworn statement of Attorney Golaszewski to the above is attached.

Dated: New York, New York
February 4, 2020

                Respectfully submitted,

                /s/ John V. Golaszewski
                John V. Golaszewski
                The Casas Law Firm, PC
                1740 Broadway, 15th Floor
                New York, New York
                T: 646-872-3178
                F: 855.220.9626
                john@talentrights.law

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of February, 2020 the foregoing was electronically filed with the U.S. District Court Clerk, Western District of Pennsylvania, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                               /s/ John V. Golaszewski

John V. Golaszewski, Esq.
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@casaslawfirm.com
*Attorneys for Plaintiffs*