**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

LINA POSADA and LUCY PINDER,

Plaintiffs,

- against -

BTB ENTERTAINMENT, INC. and CHARLES THOMAS BROPHY,

Defendants.

Case No. 19-cv-687-LPL

**DECLARATION OF JOHN V. GOLASZEWSKI**

I, John V. Golaszewski, Esq., hereby declare as follows:

1. I am of sound mind and over the age of 18.

2. I am a partner at the Casas Law Firm, P.C., and based in New York, New York, with an address at 1740 Broadway, 15th Floor, New York, NY 10019.

3. I am a member of the bar in good standing in the state of New York, bar number 4121091. A Certificate of Good Standing is submitted herewith.

4. I am admitted to practice in U.S. District Courts for the Southern District of New York; Eastern District of New York; Northern District of New York; Northern District of Illinois; and Second Circuit Court of Appeals. In addition, I have been admitted *pro hac vice* in the U.S. District Courts for the District of Connecticut, District of Massachusetts, District of Rhode Island, Southern District of California, Middle District of Florida, and District of Arizona.

5. I am a registered user of the Western District of Pennsylvania's ECF system.

6. I have read and understand the local rules of Court for the Western District of Pennsylvania.

I, John V. Golaszewski, hereby declare that the statements and averments of fact contained herein are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S. §4904.

Dated: New York, New York
February 4, 2020

/s/ John V. Golaszewski
John V. Golaszewski

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2020, the foregoing was electronically filed with the U.S. District Court Clerk, Western District of Pennsylvania, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ John V. Golaszewski

John V. Golaszewski, Esq.
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@casaslawfirm.com
*Attorneys for Plaintiffs*