**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINA POSADA and LUCY PINDER, <br><br> Plaintiffs, <br><br> - against - <br><br> BTB ENTERTAINMENT, INC. and CHARLES THOMAS BROPHY, <br><br> Defendants. | Case No. 19-cv-687-LPL |

## ORDER

AND NOW, this _____ day of February, 2020, upon Motion for Admission Pro Hac Vice it is ORDERED that said motion shall be and is hereby GRANTED; it is further ORDERED that John V. Golaszewski is hereby admitted to practice in the above captioned lawsuit Pro Hac Vice for plaintiffs Lina Posada and Lucy Pinder.

_____

U.S.D.J.